**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**LAKE CHARLES DIVISION**

CURTIS GUILLORY                                  :  CIVIL ACTION NO.: 22-cv-6109

VS.                                              :  JUDGE:_____

STEPHEN DWIGHT, IN HIS CAPACITY    :  MAGISTRATE:_____
AS THE DISTRICT ATTORNEY FOR
CALCASIEU PARISH

---

## NOTICE OF REMOVAL

---

NOW INTO COURT, through undersigned counsel, comes Defendant, **STEPHEN DWIGHT,** who, pursuant to 28 U.S.C. § 1331, § 1441(a), § 1441(c), and § 1446, and with full reservation of rights, respectfully submits this Notice of Removal to the United States District Court for the Western District of Louisiana and avers that the captioned matter is being removed to this Honorable Court for the reasons set forth below:

1.

On or about July 8, 2022, Petitioner, Curtis Guillory, filed a Petition for Damages against Stephen Dwight in his capacity as the District Attorney for Calcasieu Parish in the 14th Judicial District Court of Calcasieu Parish, Louisiana, alleging employment discrimination on the basis of race during his employment from June 20, 2018 through January 8, 2021.

2.

Before responsive pleadings were filed, Plaintiff filed a First Supplemental and Amending Petition for Damages on September 7, 2022.

3.

In response, Defendant filed an Exception of Vagueness and Ambiguity in the Petition in the 14th Judicial District Court, on the basis that Plaintiff failed to state whether any cause of action was being made pursuant to any federal law.  That exception has not yet been heard by the state court and no hearing date has been set by the state court.

4.

The parties initially agreed to resolve the Exception of Vagueness and Ambiguity in the Petition via signed stipulation to the effect that Plaintiff *was not raising any claims under federal law*.  On November 18, 2022, counsel for Plaintiff confirmed that agreement via email.

5.

Later, on November 28, 2022, counsel for Plaintiff informed that Plaintiff decided to raise claims arising under federal law, and accordingly, the attached stipulation (Exhibit 1 hereto) was executed and provided to undersigned counsel on November 29, 2022.  In the stipulation, Plaintiff consents to the removal of this action to this Honorable Court, based on his decision to raise claims arising under federal law as to the alleged racially motivated employment discrimination.  Plaintiff further agreed that he would amend, as appropriate, the allegations of his complaint to state exactly what federal claims are being raised.

6.

Based on the above and foregoing, Defendant hereby requests that the 14th Judicial Court proceeding be removed to the Western District of Louisiana, and the litigation continue as if it has been filed originally in this Honorable Court.

7.

The following is a list of the parties involved in the case with a listing of their attorneys:

**CURTIS GUILLORY**  *(Plaintiff)*
Represented by:
**Janet Madison (#37495)**
**Todd S. Clemons (#18168)**
Todd Clemons & Associates
1740 Ryan Street
Lake Charles, LA 70601
PH: 337-477-0000
FAX: 337-477-4580
Janet@toddclemons.com


**STEPHEN DWIGHT**  *(Defendant)*
**In his capacity as the District Attorney for Calcasieu Parish**
Represented by:
**KYLE M. BEASLEY (#36371)**
**SAMUEL B. GABB (#22378)**
Plauché, Smith & Nieset, L.L.C.
718 Ryan Street
Lake Charles, LA  70601
E-Mail: kbeasley@psnlaw.com
Phone: (337) 436-0522
Fax: (337) 436-9637

\* \* \*

WHEREFORE, Defendant, **STEPHEN DWIGHT in his capacity as the District Attorney for Calcasieu Parish,** prays that this Notice of Removal be deemed good and sufficient, and that this action be removed from the 14th Judicial District Court and proceed as if the litigation had been commenced originally in this Court.

Respectfully submitted,
PLAUCHÉ, SMITH & NIESET, L.L.C.

By: *Kyle M. Beasley*
  **KYLE M. BEASLEY (#36371)**
  **SAMUEL B. GABB (#22378)**
  Plauché, Smith & Nieset, L.L.C.
  718 Ryan Street

Lake Charles, LA  70601
E-Mail: kbeasley@psnlaw.com
Phone: (337) 436-0522
Fax: (337) 436-9637

*Attorney for Defendant, **Stephen Dwight***